pellate Division, First Department. October 27, 1911.) Action by Butler-Butler, Incorporated, against Nicholas E. Marcoglou. J. H. Jones, for appellant. F. E. Hipple, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CAMERON–HAWN REALTY CO., Respondent, v. CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by the Cameron-Hawn Realty Company against the City of Albany. No opinion. Judgment affirmed, with costs. See, also, 134 App. Div. 722, 119 N. Y. Supp. 128.

SMITH, P. J., and SEWELL, J., dissent.

CAMPBELL, Appellant, v. BLACK, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Elizabeth J. Campbell against Louis Black. No opinion. Motion to amend order of reversal, so as to give defendant 20 days within which to answer, granted. Motion for leave to appeal to Court of Appeals denied. See, also, 125 App. Div. 905, 109 N. Y. Supp. 1125; 128 App. Div. 918, 113 N. Y. Supp. 1128.

CAPUTO, Respondent, v. KOSMOS ENGINEERING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Andrew Caputo, an infant, by Vincenzo Caputo, his guardian ad litem, against the Kosmos Engineering Company and the City of New York.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

CARLETON, Respondent, v. UNITED GAS, ELECTRIC LIGHT & FUEL CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Minnie F. Carleton against the United Gas, Electric Light & Fuel Company. No opinion. Judgment and order unanimously affirmed, with costs.

CARROLL, Respondent, v. BULLOCK, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by James H. Carroll against John H. Bullock.

PER CURIAM. Judgment reversed, on the ground that the verdict is against the weight of evidence, and new trial granted, with costs to appellant to abide event.

BETTS, J., dissents.

CARY et al., Appellants, v. CONEY ISLAND & B. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Spencer C. Cary and another against the Coney Island & Brook-

lyn Railroad Company and others. No opinion. Judgment affirmed, with costs.

CAWLEY, CLARK & CO. v. FEDERAL VARNISH CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Cawley, Clark & Co. against the Federal Varnish Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CENTRAL TRUST CO. OF NEW YORK v. WESTERFIELD et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Central Trust Company of New York, as substituted trustee, against Jason R. Westerfield and others. No opinion. Motion denied, with $10 costs. Order filed.

CETRON, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Bernhard Cetron against Henry D. Levy.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground of error in the ruling of the trial court in excluding the question, addressed to the witness Cohen on recross-examination, as to the source from which he procured the sum of $100, as shown therein.

In re CHADSEY. (Supreme Court, Appellate Division, First Department. October 13, 1911.) In the matter of Nathan B. Chadsey, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 130 N. Y. Supp. 1107.

CHAMBERS, Appellant, v. PECKHAM, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by William G. Chambers against William G. Peckham. L. Sturcke, for appellant. E. Frayer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CHARLES H. BROWN PAINT CO., Respondent, v. REINHARDT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by the Charles H. Brown Paint Company against Charles J. Reinhardt, impleaded with another. No opinion. Motion denied, on condition that the appellant pay $10 costs within 10 days, perfect his appeal, place the case at the foot of the calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

CHINMAN et al., Respondents, v. LIEBROSS, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Samuel L. Chinman and